# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CNH CAPITAL AMERICA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV612-003 |
| BLAND FARMS, LLC, | ) |
| Defendant. | ) |

## ORDER

Due to an oversight in the Clerk's office, the parties' Rule 26(f) report (which was timely submitted on March 19, 2012) was not forwarded through proper channels for review by the undersigned. As a result, months passed before it came to the Court's attention.

Once this problem was discovered, the Court directed the deputy clerk to contact counsel for the parties and inquire as to the status of discovery and whether the lack of a scheduling order has hindered the progress of the case. They state that they have proceeded with discovery under the general local rules deadlines without incident. (*See* doc. 3.) The parties report, however, that they have scheduled mediation for July 10, 2012. They request an extended discovery period if mediation fails. The Court will

therefore abstain from entering a scheduling order at this time. If mediation fails, the parties shall, within 7 days, submit a proposed scheduling order for the Court's consideration.

**SO ORDERED** this 27TH day of June, 2012.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA