# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CNH CAPITAL AMERICA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  CV612-003 |
| | ) |
| BLAND FARMS, LLC, | ) |
| MIKE AND TRAVIS FARMS, LTD, | ) |
| and MICHAEL COLLINS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This Court **GRANTS** plaintiff CNH Capital America, LLC's motion to set a date for the filing of the parties' Joint Status Report. Doc. 21. The report shall be due by September 18, 2012.

**SO ORDERED,** this 29th day of August, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA