UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CNH CAPITAL AMERICA LLC, | ) |
| Plaintiff, | ) |
| v. | ) 6:12-cv-3 |
| BLAND FARMS, LLC; MIKE AND TRAVIS FARMS, LTD.; and MICHAEL G. COLLINS, | ) |
| Defendants. | ) |

## ORDER

On April 1, 2013, in light of discovery violations by Plaintiff, the Court granted Defendant Bland Farms, LLC's ("Bland Farms") motion to defer consideration and ruling of Plaintiff's motion for partial summary judgment until and after the court-ordered depositions and supporting memorandum of law. ECF No. 74. Bland Farms has until July 24, 2013—thirty days from the date of this Order—to take the depositions authorized by that April 1 Order, and supplement the record with evidence and a brief in opposition to Plaintiff's motion for partial summary judgment.

This 24th day of June, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA